Vedder Price (CA), LLP
Deborah A. Hedley (State Bar No. 276826)
dhedley@vedderprice.com
1925 Century Park East
Suite 1900
Los Angeles, California 90067
T: +1 (424) 204-7700
F: +1 (424) 204-7702

Vedder Price P.C.
Joseph A. Strubbe (Admitted *pro hac vice*)
jstrubbe@vedderprice.com
Nicole J. Highland (Admitted *pro hac vice*)
nhighland@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 (312) 609 7500
F:  +1 (312) 609 5005

Attorneys for Plaintiffs
DKS INC., DANIEL SNOOK, SHAWNA RASMUSSEN AND JARED MEEKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DKS INC., DANIEL SNOOK, SHAWNA RASMUSSEN AND JARED MEEKS<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATE BUSINESS SOLUTIONS, INC., OLIVIER SINTOBIN, T.J. ELISON, and INTERNATIONAL SERVICES, INC.<br><br>Defendants. | Case No. 2:15-cv-00132-MCE-EFB<br><br>**STIPULATION FOR CONTINUANCE OF SETTLEMENT CONFERENCE** AND ORDER |

This matter having been set for settlement conference before the Honorable Edmund F. Brennan on August 4, 2016, at 10:00 a.m., the parties and Judge Brennan's courtroom deputy having conferred on a mutually agreeable continuance date, the parties hereby stipulate that the

settlement conference shall be continued to September 6, 2016, at 10:00 a.m.

Each party is directed to submit to the chambers of Judge Edmund F. Brennan confidential settlement conference statements not later than August 30, 2016. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

All other aspects of the Court's scheduling order (ECF Dkt. 50) remain in effect until further order of Court.

Dated: August 2, 2016                    VEDDER PRICE P.C.

                                         By: */s/ Nicole J. Highland*

                                             Attorneys for Plaintiffs


                                         COHN RENGO

                                         By: */s/ Martin Cohn*

                                             Attorneys for Defendants

O R D E R

Pursuant to the stipulation of the parties, it is so ORDERED.
DATED:  August 3, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE