1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DKS INC.,                                    )      Case No. 2:15-cv-00132-MCE-DB
                                             )
                         Plaintiff,          )      **ORDER ON JOINT MOTION TO**
                                             )      **EXTEND DISCOVERY DEADLINES**
v.                                           )
                                             )
CORPORATE BUSINESS SOLUTIONS,   )
INC.;                                        )
OLIVER SINTOBIN; and,                        )
T.J. ELISON,                                 )
                                             )
                         Defendants.         )
_____ )

     Upon review of the parties' Joint Motion to Extend Discovery Deadlines (ECF No.

66) and for good cause shown, the Court hereby GRANTS and APPROVES said

Motion to Extend Discovery Deadlines.  The Court extends the deadline to complete all

discovery, other than expert designation, to no later than October 31, 2016, and to

extend the deadline to designate experts to December 1, 2016.

     IT IS SO ORDERED.

Dated:  September 1, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**ORDER ON JOINT MOTION TO EXTEND THE DISCOVERY DEADLINES**