UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DKS INC., DANIEL SNOOK, SHAWNA RASMUSSEN AND JARED MEEKS,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATE BUSINESS SOLUTIONS, INC., OLIVIER SINTOBIN, T.J. ELISON and INTERNATIONAL SERVICES, INC.,<br><br>Defendants. | Case No. 15-CV-00132-MCE<br><br>**ORDER** |

Presently before the Court is Plaintiffs' unopposed Motion for Leave to File Second Amended Complaint ("SAC") (ECF No. 71).  Good cause having been shown to amend the Pretrial Scheduling Order (ECF No. 50), the Court hereby GRANTS Plaintiffs' motion.  Plaintiffs shall file the Second Amended Complaint attached as Exhibit 1 to Plaintiffs' Motion within seven (7) days from the date of this order.

///

///

///

///

On the Court's own motion, and upon consideration of Plaintiffs' motion, it is further ordered that any additional fact discovery be completed by November 30, 2016.

All other dates and deadlines are to remain unchanged by this order.

IT IS SO ORDERED.

DATED: November 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER**