UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DKS INC., | ) | Case No. 2:15-cv-00132-MCE-DB |
| | ) | |
| Plaintiff, | ) | **ORDER ON DEFENDANT** |
| | ) | **CORPORATE BUSINESS** |
| v. | ) | **SOLUTIONS, INC.'S EX PARTE** |
| | ) | **APPLICATION TO CONTINUE** |
| CORPORATE BUSINESS SOLUTIONS, | ) | **SETTLEMENT CONFERENCE** |
| INC.; | ) | |
| OLIVER SINTOBIN; and, | ) | |
| T.J. ELISON, | ) | |
| | ) | |
| Defendants. | ) | *Assigned to the Honorable Morrison C.* |
| | ) | *England, Jr. in Courtroom 7* |
| | ) | |
| | ) | |
| _____ | ) | |

Upon review of Defendant Corporate Business Solutions, Inc.'s Ex Parte Application to

Continue the Settlement Conference and for good cause shown, the Court hereby GRANTS and

APPROVES said Application.  The Court continues the Settlement Conference to April 20,

2017, at 10:00 a.m., in courtroom 8.

IT IS SO ORDERED.

Dated:  November 28, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER ON DEFENDANT CORPORATE BUSINESS SOLUTIONS, INC.'S EX PARTE APPLICATION TO CONTINUE
SETTLEMENT CONFERENCE**