# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DKS, INC., et al, | No. 2:15-cv-0132-MCE-DB |
| Plaintiffs, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| CORPORATE BUSINESS SOLUTIONS, INC., et al., | |
| Defendants. | |

On June 21, 2017, the above-captioned case settled at a settlement conference conducted before the undersigned. ECF No. 110. On June 26, 2017, the court issued an order directing the parties to file dispositional documents within ninety (90) days. *See* ECF No. 111. The time for doing so has now expired.

Accordingly, the court ORDERS that counsel for all parties are ORDERED TO SHOW CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be imposed for failure to comply with the court's order directing the parties to file dispositional documents.

SO ORDERED.

DATED: March 7, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE