Vedder Price (CA), LLP
Deborah A. Hedley (State Bar No. 276826)
dhedley@vedderprice.com
1925 Century Park East
Suite 1900
Los Angeles, California 90067
T: +1 (424) 204-7700
F: +1 (424) 204-7702

Vedder Price P.C.
Joseph A. Strubbe (Admitted *pro hac vice*)
jstrubbe@vedderprice.com
Nicole J. Wing (Admitted *pro hac vice*)
nwing@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 (312) 609 7500
F:  +1 (312) 609 5005

Attorneys for Plaintiffs
DKS INC., DANIEL SNOOK, SHAWNA
RASMUSSEN AND JARED MEEKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DKS INC., DANIEL SNOOK, SHAWNA RASMUSSEN AND JARED MEEKS,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATE BUSINESS SOLUTIONS, INC., OLIVIER SINTOBIN, T.J. ELISON, INTERNATIONAL SERVICES, INC., LEECH TISHMAN and RWI BUSINESS SERVICES,<br><br>Defendants. | Case No. 15-CV-132-MCE-DAD<br><br>**AGREED ORDER OF DISMISSAL** |

This matter coming before the Court, and the Court being advised that the parties have fully resolved all matters in dispute between them pursuant to a written Settlement Agreement.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to the written Settlement Agreement entered into between Plaintiffs and Defendants, this action is dismissed, with prejudice, with each party bearing its own respective costs, expenses and attorneys' fees; and

2. Any and all future dates are stricken.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE